UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TIERRA DAVIS,

  Plaintiff,                                                     Case No. 8:16-cv-2602-T-35JSS

v.

AARON'S SALES & LEASE
OWNERSHIP, INC.,

  Defendant.
_____/

**NOTICE OF SETTLEMENT**

      Plaintiff hereby notifies the Court that the parties have reached a settlement in principle in this action. Upon full execution of a settlement agreement and compliance with all terms set forth therein, this matter will be dismissed, with prejudice.

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 27, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.

                                          Respectfully submitted,

                                          /s/ *Jon Dubbeld*_____
                                          Jon P. Dubbeld, Esq.
                                          Fla. Bar No. 105869
                                          Berkowitz & Myer
                                          2820 First Avenue North
                                          St. Petersburg, Florida 33713
                                          Telephone:  (727) 344-0123
                                          Jon@berkmyer.com
                                          *Attorneys for Plaintiff*